**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:18-CV-367 |
| | : | |
| Plaintiff(s), | : | Judge: Thomas M. Rose |
| | : | |
| $3,579.81 from Fifth Third Bank Account #xxxx0916, Held in the Name of Haya LLC, Dayton Pharmacy et al    vs | : | Magistrate Judge: Sharon L. Ovington |
| | : | |
| | : | |
| | : | |
| Defendant(s). | : | |

## <u>ENTRY OF DEFAULT</u>

It appears that $3,579.81 from Fifth Third Bank Account Number XXXXXX0916, held in the name of Haya LLC, Dayton Pharmacy (Defendant 1); $3,976.61 from PNC Bank Checking Account Number XXXXXX3064, held in the name of Brown M D & Associates LLC (Defendant 2);  Haya LLC, Dayton Pharmacy;  Brown M D & Associates LLC; Ismail M. Abuhanieh;  Mahmoud Mohammad Rifai;  Morris Brown;  Alison Brown; and All other persons and entities who might have an interest in the defendant property, are in default, having failed to plead or otherwise defend in this cause as required by law.   Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against $3,579.81 from Fifth Third Bank Account Number XXXXXX0916, held in the name of Haya LLC, Dayton Pharmacy (Defendant 1); $3,976.61 from PNC Bank Checking Account Number XXXXXX3064, held in the name of Brown M D & Associates LLC (Defendant 2);  Haya LLC, Dayton Pharmacy;  Brown M D & Associates LLC; Ismail M. Abuhanieh;   Mahmoud Mohammad Rifai;  Morris Brown;   Alison Brown; and All other persons and entities who might have an interest in the defendant property on this __6th__ day of __March, 2019_____.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio

CLERK OF COURT

Signature of Clerk or Deputy Clerk

*(Rev. 02/01/2015)*